IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JERMAINE JACOB WASHINGTON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-122
)
OFFICER N. GIBBONS, CPL. )
WALDEN, and PVT. SMALLS, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the Opinion of the Court.[1] This case is **DISMISSED WITHOUT PREJUDICE** and the **Clerk of Court** is **DIRECTED** to **close this case.**

SO ORDERED this 9th day of June 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Because Plaintiff has alleged only an isolated incident of the denial of medical treatment, he does not fall under the imminent danger exception to the three strikes rule. See Brown v. Johnson, 387 F.3d 1344, 1349-50 (11th Cir. 2004).